

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIA;L

January 20, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/30/2015 8:30:25 AM
CHRISTOPHER A. PRINE
Clerk

CRISPIN MICHAEL LINTON
ATTORNEY OF RECORD
440 LOUISIANA STE 900
HOUSTON, TX 77002

Defendant's Name: GLEN DALE CARTER

Cause No: 1338718

Court: 174TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 12-15-14
**Sentence Imposed Date:** 12-15-14
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** CRISPIN MICHAEL LINTON
MOTION FOR NEW TRIAL: FILED ON 1-14-15

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    B J ORSACK (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651